# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:    PATRICE M. HUFF            Case No.    19-10643 - KCF
       **Debtor(s)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LOANCARE, LLC | DITECH FINANCIAL LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LOANCARE, LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452

Court Claim # (if known): 20
Amount of Claim: $232,595.31
Date Claim Filed: March 21, 2019

Phone:    757-226-9200            Phone:    888-298-7785
Last Four Digits of Acct #:    2181        Last Four Digits of Acct #:    4131

Name and Address where transferee payments should be sent (if different from above):
LOANCARE, LLC
P.O. BOX 8068
VIRGINIA BEACH, VA 23450

Phone:    757-226-9200
Last Four Digits of Acct #:    2181

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Nicholas V. Rogers           Date:    April 15, 2019
       Transferee/Transferee's Agent

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824009<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for LOANCARE, LLC | |
| In Re:<br><br>Patrice M. Huff | Case No: 19-10643 - KCF<br><br>Judge: KATHRYN C. FERGUSON<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents LOANCARE, LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 15, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: April 15, 2019                     /s/ *Jason Seidman*
                                               Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patrice M. Huff<br>1827 Summerfield Avenue<br>Neptune, NJ 07753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Andrew T Archer, Esquire<br>175 Richey Ave<br>Collingswood, NJ 08107 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>CN 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2