Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 19−10643−KCF
           Chapter: 13
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrice M. Huff
   1827 Summerfield Ave
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−0920

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 30
Order Granting Application for Extension of Loss Mitigation (Related Doc # 30). Loss Mitigation Period Extended to: 8/20/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2019. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2019
JAN: kmf

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patrice M. Huff  
    Debtor

Case No. 19-10643-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 23, 2019  
                          Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm            E-mail/Text: bankruptcy.bnc@ditech.com May 23 2019 23:43:19      Ditech,    PO Box 6172,          Rapid City, SD    57709-6172  
                                                                                                                                                                                TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Andrew Thomas Archer     on behalf of Debtor Patrice M. Huff aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Nicholas V. Rogers     on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         Robert    Davidow     on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                             TOTAL: 6