| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>820998<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LOANCARE, LLC | |
| In Re:<br><br>PATRICE M. HUFF A/K/A PATRICE HUFF | Case No: 19-10643 - KCF<br><br>Hearing Date: 05/22/2019<br><br>Judge: KATHRYN C. FERGUSON |

## CERTIFICATE OF CONSENT
### REGARDING CONSENT ORDER RESOLVING
### OBJECTION TO CONFIRMATION

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

                                        /s/ Robert J. Davidow
                                        Robert J. Davidow, Esq.
                                        Phelan Hallinan Diamond & Jones, PC
                                        1617 JFK Boulevard, Suite 1400
                                        Philadelphia, PA 19103
                                        Tel: 856-813-5500 Ext. 47960
                                        Fax: 856-813-5501
                                        Email: Robert.Davidow@phelanhallinan.com