| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>820998<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LOANCARE, LLC | Order Filed on June 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATRICE M. HUFF A/K/A PATRICE HUFF | Case No: 19-10643 - KCF<br><br>Hearing Date: 05/22/2019<br><br>Judge: KATHRYN C. FERGUSON |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 820998**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LOANCARE, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

PATRICE M. HUFF A/K/A
PATRICE HUFF

    Debtor

CASE NO. 19-10643 - KCF

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 05/22/2019

    This Consent Order pertains to the property located at 1827 SUMMERFIELD AVENUE, NEPTUNE, NJ 07753, mortgage account ending with "2181";

    THIS MATTER having been brought before the Court by, ANDREW T ARCHER, Esquire attorney for debtor, PATRICE M. HUFF upon the filing of a Chapter 13 Plan, LOANCARE, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2019, ORDERED as follows:

    1.    LOANCARE, LLC has filed a valid, secured Proof of Claim in the amount of **$29,857.85** (claim no. 20).

    2.    The Trustee is authorized not to pay the secured arrearage claim of LOANCARE, LLC in the amount of **$29,857.85** (claim no. 20), so Debtor can apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **August 20, 2019, or as extended by the Court**.

    3.    If Loan Modification is approved, LOANCARE, LLC shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **August 20, 2019**, **or as extended by the Court,** the Debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

      5.     Debtor acknowledges that full mortgage payments must be made to Secured Creditor pursuant to Secured Creditor's Proof of Claim.

      6.     This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

      7.     This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LOANCARE, LLC

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                                          Dated:  May 23, 2019

/s/ Andrew T. Archer                        Dated: May 30, 2019
Andrew T. Archer, Esquire
Attorney for debtor