UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

820998
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: LOANCARE, LLC

**Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICE M. HUFF A/K/A PATRICE HUFF

Case No: 19-10643 - KCF

Hearing Date: 05/22/2019

Judge: KATHRYN C. FERGUSON

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 820998**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LOANCARE, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

PATRICE M. HUFF A/K/A
PATRICE HUFF

CASE NO. 19-10643 - KCF

CHAPTER 13

Debtor

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 05/22/2019

This Consent Order pertains to the property located at 1827 SUMMERFIELD AVENUE, NEPTUNE, NJ 07753, mortgage account ending with "2181";

THIS MATTER having been brought before the Court by, ANDREW T ARCHER, Esquire attorney for debtor, PATRICE M. HUFF upon the filing of a Chapter 13 Plan, LOANCARE, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the              day of              , 2019, ORDERED as follows:

1.    LOANCARE, LLC has filed a valid, secured Proof of Claim in the amount of **$29,857.85** (claim no. 20).

2.    The Trustee is authorized not to pay the secured arrearage claim of LOANCARE, LLC in the amount of **$29,857.85** (claim no. 20), so Debtor can apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **August 20, 2019, or as extended by the Court**.

3.    If Loan Modification is approved, LOANCARE, LLC shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4.    If a loan modification is not approved by **August 20, 2019**, **or as extended by the Court,** the Debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5.      Debtor acknowledges that full mortgage payments must be made to Secured Creditor pursuant to Secured Creditor's Proof of Claim.

6.      This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

7.      This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LOANCARE, LLC

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                                      Dated:  May 23, 2019

/s/ Andrew T. Archer                  Dated: May 30, 2019
Andrew T. Archer, Esquire
Attorney for debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Patrice M. Huff  
      Debtor

Case No. 19-10643-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 07, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.  
db            +Patrice M. Huff,    1827 Summerfield Ave,    Neptune, NJ 07753-4547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Andrew Thomas Archer     on behalf of Debtor Patrice M. Huff aarcher@brennerlawoffice.com,  
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Nicholas V. Rogers     on behalf of Creditor     LOANCARE, LLC. nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor     DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
           Robert    Davidow     on behalf of Creditor     DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
           Robert    Davidow     on behalf of Creditor     LOANCARE, LLC. nj.bkecf@fedphe.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 7