UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, HIGGINS & STONE, PC
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for First Financial Federal Credit Union
File No. 51705

In Re:

PATRICE M. HUFF

Case No. 19-10643

Chapter 13

Judge: Michael B. Kaplan

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving First Financial Federal Credit Union's Objection to Confirmation submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/ _____).

**McKENNA, DuPONT, HIGGINS & STONE, PC**
Attorneys for Creditor, First Financial Federal Credit Union

*/s/ Michael R. DuPont*
MICHAEL R. DuPONT, Esquire

Dated: July 22, 2019

*rev.8/1/15*