| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McKENNA, DuPONT, HIGGINS & STONE, PC<br>Michael R. DuPont, MRD/2077<br>229 Broad Street<br>Red Bank, NJ 07701<br>(732) 741-6681<br>Attorneys for First Financial Federal Credit Union | Order Filed on July 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATRICE M. HUFF | Case No. 19-10643<br><br>Hearing Date: July 24, 2019<br><br>Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING FIRST FINANCIAL FEDERAL CREDIT UNION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the follow page, numbered two (2) is hereby **ORDERED**.

**DATED: July 29, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Patrice M. Huff, 19-10643/MBK
Consent Order Resolving First Financial Federal Credit Union's Objection to Confirmation of Debtor's Chapter 13 Plan

**THIS MATTER** having been brought before the Court by McKenna, DuPont, Higgins & Stone on behalf of First Financial Federal Credit Union, for entry of a Consent Order Resolving First Financial Federal Credit Union's Objection to Debtor's Chapter 13 Plan, and the interested parties having amicably agreed to the relief sought, and the Court having noted the consent of counsel to the within Order and for other good cause shown,

It is hereby **ORDERED**:

1. Debtor shall remit Chapter 13 Plan payments in accordance with the filed Plan. From the remittance, the Trustee shall disburse pre-confirmation adequate protection payments in the amount of $110.00 per month to First Financial Federal Credit Union; and

    a) Adequate protection payments in the amount of $110.00 shall be disbursed monthly by the Chapter 13 Trustee to First Financial Federal Credit Union. Adequate protection payments shall be paid up to and after confirmation, until regular distributions begin to be paid to First Financial. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. In the event the case confirms and there are insufficient funds on hand to completely pay all administrative expenses, then the creditor will receive adequate protection payments after confirmation so that plan complies with 11 U.S.C. §1325, 1326 and 361. In the event an Order is entered granting administrative fees to be paid through the plan, the adequate protection payments will be given priority administrative expense status and must be paid ahead of counsel administrative fees.

Page 3
Debtor: Patrice M. Huff, 19-10643/MBK
Consent Order Resolving First Financial Federal Credit Union's Objection to Confirmation of Debtor's Chapter 13 Plan

2. The Objection filed by First Financial Federal Credit Union will be rendered moot (docket entry 39); and

3. The movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

4. The terms of this Order shall take effect immediately.  The movant shall serve this order on the debtor, Trustee and any other party who entered an Appearance on the motion.

The undersigned hereby consent to the form and entry of the within Order:


*/s/ Kenneth J. Borger*                                                      Dated: July 22, 2019
Kenneth J. Borger
Attorney for Debtor, Patrice M. Huff



*/s/ Michael R. DuPont*                                                      Dated: July 22, 2019
Michael R. DuPont
Attorney for Creditor, First Financial Federal Credit Union