**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, HIGGINS & STONE, PC
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for First Financial Federal Credit Union

**Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICE M. HUFF

Case No. 19-10643

Hearing Date: August 6, 2019

Judge: Michael B. Kaplan

### ORDER TO PERMIT THE FILING OF LATE PROOF OF CLAIM

The relief set forth on the follow page, numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Patrice M. Huff, 19-10643/MBK
Proposed Order to Permit the Filing of Late Proof of Claim

**THIS MATTER,** having been brought before the Court by Michael R. DuPont, attorney for First Financial Federal Credit Union for an Order to File Late Proof of Claim, and the Court having considered papers submitted and any objections, it is hereby

**ORDERED:** That the movant be permitted to file a late Proof of Claim within 30 days from the date of this Order. Said claim shall be considered timely and shall be paid in accordance with the debtor's confirmed Chapter 13 Plan; and

**IT IS FURTHER ORDERED:** The terms of this Order shall take effect immediately upon entry of this Order. The movant shall serve this order on the debtor, Trustee and any other party who entered an appearance on the motion.