**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, HIGGINS & STONE, PC
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for First Financial Federal Credit Union

**Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICE M. HUFF

Case No. 19-10643

Hearing Date: August 6, 2019

Judge: Michael B. Kaplan

## ORDER TO PERMIT THE FILING OF LATE PROOF OF CLAIM

The relief set forth on the follow page, numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Patrice M. Huff, 19-10643/MBK
Proposed Order to Permit the Filing of Late Proof of Claim

**THIS MATTER,** having been brought before the Court by Michael R. DuPont, attorney for First Financial Federal Credit Union for an Order to File Late Proof of Claim, and the Court having considered papers submitted and any objections, it is hereby

**ORDERED:** That the movant be permitted to file a late Proof of Claim within 30 days from the date of this Order. Said claim shall be considered timely and shall be paid in accordance with the debtor's confirmed Chapter 13 Plan; and

**IT IS FURTHER ORDERED:** The terms of this Order shall take effect immediately upon entry of this Order.  The movant shall serve this order on the debtor, Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Patrice M. Huff  
    Debtor

Case No. 19-10643-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 08, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db           +Patrice M. Huff,   1827 Summerfield Ave,   Neptune, NJ 07753-4547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Andrew Thomas Archer    on behalf of Debtor Patrice M. Huff aarcher@brennerlawoffice.com,  
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union  
     dupont@redbanklaw.com,   dana@redbanklaw.com  
        Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
        Robert   Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
        Robert   Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                            TOTAL: 8