UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrice M. Huff,

Debtor

Case No.: 19-10643

Chapter: 13

Judge: MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  February 20, 2019  :

Property:  1827 Summerfield Avenue, Neptune, NJ  07753

Creditor:  Ditech now transferred to LoanCare

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by  _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  11/18/2019  .

The Loss Mitigation Period is terminated, effective  _____  .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Patrice M. Huff  
      Debtor

Case No. 19-10643-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.  
db            +Patrice M. Huff,    1827 Summerfield Ave,    Neptune, NJ 07753-4547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Andrew Thomas Archer    on behalf of Debtor Patrice M. Huff aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
          Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
          Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com  
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
          Robert    Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
          Robert    Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 8