Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10643−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrice M. Huff
   1827 Summerfield Ave
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−0920

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 13, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 55 − 54
Order Granting Application for Extension of Loss Mitigation (Related Doc # 54). Loss Mitigation Period Extended to: 2/16/20. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/12/2019. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 13, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-10643-MBK
Patrice M. Huff                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  lm            E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2019 00:48:56     Ditech,   PO Box 6172,
                Rapid City, SD  57709-6172
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8