| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-10643 / MBK**

Patrice M. Huff

Petition Filed Date: 01/10/2019
341 Hearing Date: 02/07/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | $400.00 | 55792730 | 02/28/2019 | $400.00 | 56556400 | 03/25/2019 | $400.00 | 57258080 |
| 05/01/2019 | $400.00 | 58231880 | 05/31/2019 | $400.00 | 58980990 | 07/01/2019 | $400.00 | 59761770 |
| 07/31/2019 | $400.00 | 60546970 | 09/03/2019 | $400.00 | 61435520 | 10/01/2019 | $400.00 | 62193200 |
| 10/01/2019 | ($400.00) | 62193200 | 10/01/2019 | $400.00 | 62193200 | 11/01/2019 | $400.00 | 62955720 |
| 12/03/2019 | $400.00 | 63729760 | | | | | | |

**Total Receipts for the Period: $4,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Patrice M. Huff | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,560.00 | $3,078.80 | $481.20 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $319.05 | $0.00 | $319.05 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $361.60 | $0.00 | $361.60 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $1,168.65 | $0.00 | $1,168.65 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $165.00 | $0.00 | $165.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  RIVERVIEW MEDICAL CENTER | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 9 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $70.00 | $0.00 | $70.00 |
| 10 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $831.00 | $0.00 | $831.00 |
| 11 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $831.00 | $0.00 | $831.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $709.00 | $0.00 | $709.00 |
| 13 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $74.00 | $0.00 | $74.00 |
| 14 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $16.55 | $0.00 | $16.55 |
| 15 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $156.40 | $0.00 | $156.40 |
| 16 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $74.00 | $0.00 | $74.00 |
| 17 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $709.00 | $0.00 | $709.00 |
| 18 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,057.00 | $0.00 | $1,057.00 |
| 19 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $426.25 | $0.00 | $426.25 |
| 20 | Loancare, LLC<br>»» P/1827 SUMMERFIELD AVE/1ST MTG/DITECH | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $29,857.85 | $0.00 | $29,857.85 |
| 21 | NAVIENT SOLUTIONS, LLC<br>»» STUDENT LOAN | Unsecured Creditors | $5,729.45 | $0.00 | $5,729.45 |
| 22 | FIRST FINANCIAL FCU<br>»» 2011 MITSUBISHI OUTLANDER/ORD 8/7/19/CRAM | Debt Secured by Vehicle | $10,056.00 | $1,430.00 | $8,626.00 |
| 10022 | FIRST FINANCIAL FCU<br>»» 2011 MITSUBISHI OUTLANDER/CRAM BAL | Unsecured Creditors | $7,136.01 | $0.00 | $7,136.01 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,200.00 | Plan Balance: | $18,800.00 ** |
| Paid to Claims: | $4,508.80 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $320.00 | Arrearages: | $0.00 |
| Funds on Hand: | $371.20 | Total Plan Base: | $24,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.