UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Brenner, Spiller & Archer
175 Richey Avenue
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Patrice Huff

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-10643
Judge:    MBK
Chapter:    13

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: April 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Patrice Huff
Case No: 19-10643-MBK
Caption of Order: Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtors' Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtors' monthly plan payments to the Chapter 13 trustee are hereby suspended from April 1, 2020 through June 31, 2020.

2. Chapter 13 plan payments will resume with the July 1, 2020 payment.

3. The Chapter 13 plan arrears will be capitalized into the remainder of the Chapter 13 plan.

4. Debtor shall continue at $5,600.00 PTD; then $428.00 for 43 months, commencing July 1, 2020.