Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−10643−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patrice M. Huff
    1827 Summerfield Ave
    Neptune, NJ 07753
Social Security No.:
    xxx−xx−0920
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        5/27/20
Time:         02:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
fee: $2,232.50

EXPENSES
expenses: $40.00

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 27, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-10643-MBK
Patrice M. Huff                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Apr 27, 2020
                             Form ID: 137          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db        +Patrice M. Huff,   1827 Summerfield Ave,   Neptune, NJ 07753-4547
aty       +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 201,   Collingswood, NJ 08108-2818
cr        +DITECH FINANCIAL LLC,   PHELAN HALLINAN DIAMOND & JONES, PC,   1617 JFK Boulevard,   Suite 1400,
           Philadelphia, PA 19103-1814
cr        +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
           Philadelphia, PA 19103-1814
lm         Ditech,   PO Box 6172,   Rapid City, SD  57709-6172
cr        +First Financial Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
           229 Broad Street,   Red Bank, NJ 07701-2009
cr        +LOANCARE, LLC.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
           Philadelphia, PA 19103-1814
517986913 +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
517986916 +Central Credit Services, LLC,   7831 Glenroy Rd Ste 250,   Edina, MN 55439-3117
517986921 +Commonwealth Financial Systems,   245 Main Street,   Scranton, PA 18519-1641
517986917 +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
518135524  Ditech Financial,LLC,   POB 6154,   Rapid City, SD  57709-6154
517963289 +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Westmont, NJ 08108-2812
518183531 +LOANCARE, LLC,   3637 SENTARA WAY,   VIRGINIA BEACH, VA 23452-4262
518183532 +LOANCARE, LLC,   3637 SENTARA WAY,   VIRGINIA BEACH, VA 23452,   LOANCARE, LLC,
           3637 SENTARA WAY,   VIRGINIA BEACH, VA 23452-4262
518030342  Pendrick Capital Partners II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
518030341  Pendrick Capital Partners, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
517986933 +Progressive,   PO Box 7247-0311,   Philadelphia, PA 19170-0001
517986934 +Recmgmt Srvc,   Attn: Bankruptcy,   4200 Cantera Drive, Suite 211,   Warrenville, IL 60555-3040
517986935 +Remex,   307 Wall St,   Princeton, NJ 08540-1515
517986940 +University Radiology Group, PC,   PO Box 371863,   Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2020 23:44:32    U.S. Attorney,   970 Broad St.,
           Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2020 23:44:30    United States Trustee,
           Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
           Newark, NJ 07102-5235
517986914 +E-mail/Text: bnc-capio@quantum3group.com Apr 27 2020 23:44:28    Assetcare,   Attn: Bankruptcy,
           2222 Texoma Pkwy,   Sherman, TX 75090-2470
517986915 +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2020 23:39:51    Capital One,
           Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518044968 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2020 23:51:38
           Capital One Bank (USA) N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517986924 +E-mail/Text: bkcy@creditmgt.com Apr 27 2020 23:44:27    Credit Management Control,
           Attn: Bankruptcy,   Po Box 16340,   Green Bay, WI 54305-1654
517986925 +E-mail/PDF: pa_dc_ed@navient.com Apr 27 2020 23:51:33    Dept of Ed / Navient,
           Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517986927 +E-mail/Text: EBN_Waco@Receivemorermp.com Apr 27 2020 23:45:12    Financial Control Services,
           Attn: Bankruptcy,   Po Box 21626,   Waco, TX 76702-1626
517986931 +E-mail/Text: nculp@firstffcu.com Apr 27 2020 23:45:03    First Financial Federal Credit Union,
           Po Box 1172,   Toms River, NJ 08754-1172
518407361  E-mail/Text: laura@redbanklaw.com Apr 27 2020 23:43:48    First Financial Federal Credit Union,
           C/O McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,   Red Bank, NJ 07701-0610
518163170  E-mail/PDF: pa_dc_claims@navient.com Apr 27 2020 23:51:57
           Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
           Wilkes-Barre, PA 18773-9635
517984477  E-mail/Text: bnc-quantum@quantum3group.com Apr 27 2020 23:44:22
           Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517986937 +E-mail/Text: clientservices@simonsagency.com Apr 27 2020 23:45:01    Simon's Agency, Inc.,
           Attn: Bankruptcy,   Po Box 5026,   Syracuse, NY 13220-5026
                                                                               TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517986918* +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
517986919* +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
517986920* +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
517986922* +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
517986923* +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
           Dickson City, PA 18519-1641
517986926* +Ditech Financial LLC,   PO Box 6172,   Rapid City, SD 57709-6172
517986928* +Financial Control Services,   Attn: Bankruptcy,   Po Box 21626,   Waco, TX 76702-1626
517986929* +Financial Control Services,   Attn: Bankruptcy,   Po Box 21626,   Waco, TX 76702-1626
517986930* +Financial Control Services,   Attn: Bankruptcy,   Po Box 21626,   Waco, TX 76702-1626

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 27, 2020
                              Form ID: 137             Total Noticed: 34

                 ***** BYPASSED RECIPIENTS (continued) *****
517986932*      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517986936*      +Remex,    307 Wall St,    Princeton, NJ 08540-1515
517986938*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    Po Box 5026,    Syracuse, NY 13220-5026
517986939*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    Po Box 5026,    Syracuse, NY 13220-5026
517986941*      +University Radiology Group, PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
517963288      ##+Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                    TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Patrice M. Huff  aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
               dupont@redbanklaw.com,  dana@redbanklaw.com
              Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 8
```