| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Law Offices of Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>856-963-5000<br>856-858-4371<br>Attorney for Debtor(s) |

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrice Huff

Case No.:  19-10643

Judge:  MBK

Chapter:  13

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

…………..

DATED: April 28, 2020

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:            Patrice Huff
Case No:           19-10643-MBK
Caption of Order:  Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtors' Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtors' monthly plan payments to the Chapter 13 trustee are hereby suspended from April 1, 2020 through June 31, 2020.

2. Chapter 13 plan payments will resume with the July 1, 2020 payment.

3. The Chapter 13 plan arrears will be capitalized into the remainder of the Chapter 13 plan.

4. Debtor shall continue at $5,600.00 PTD; then $428.00 for 43 months, commencing July 1, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Patrice M. Huff  
    Debtor

Case No. 19-10643-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db          +Patrice M. Huff,    1827 Summerfield Ave,    Neptune, NJ 07753-4547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Andrew Thomas Archer    on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
         dupont@redbanklaw.com,    dana@redbanklaw.com
        Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Robert   Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Robert   Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                TOTAL: 8