UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrice M. Huff,

Debtor(s).

Case No.: 19-10643

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____680.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____680.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____457.00_____ per month for _____38_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Patrice M. Huff  
    Debtor(s)

Case No. 19-10643-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 01, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID      Recipient Name and Address**  
db      + Patrice M. Huff, 1827 Summerfield Ave, Neptune, NJ 07753-4547

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

**Name      Email Address**

Albert Russo  
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
     docs@russotrustee.com

Andrew Thomas Archer  
     on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com  
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Michael R. DuPont  
     on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com

Nicholas V. Rogers  
     on behalf of Creditor LOANCARE LLC. nj.bkecf@fedphe.com

Rebecca Ann Solarz

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 01, 2020 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com |
| Robert Davidow | |
| | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Robert Davidow | |
| | on behalf of Creditor LOANCARE  LLC. nj.bkecf@fedphe.com |
| Sindi Mncina | |
| | on behalf of Creditor LOANCARE  LLC. smncina@rascrane.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10