| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-10643 / MBK**

Patrice M. Huff

Petition Filed Date: 01/10/2019
341 Hearing Date: 02/07/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $457.00 | 73530930 | 02/03/2021 | $457.00 | 74276650 | 03/02/2021 | $457.00 | 74934010 |
| 04/05/2021 | $457.00 | 75714360 | 05/03/2021 | $457.00 | 76407360 | 06/02/2021 | $457.00 | 77155030 |
| 07/06/2021 | $457.00 | 77874590 | 09/02/2021 | $457.00 | 79226290 | 10/04/2021 | $457.00 | 79901880 |
| 11/03/2021 | $457.00 | 80606910 | 12/03/2021 | $457.00 | 81235760 | 01/05/2022 | $457.00 | 81923350 |

**Total Receipts for the Period: $5,484.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,085.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Patrice M. Huff | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ATTY DISCLOSURE | Attorney Fees | $3,560.00 | $3,560.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $319.05 | $0.00 | $319.05 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $361.60 | $0.00 | $361.60 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $1,168.65 | $0.00 | $1,168.65 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $165.00 | $0.00 | $165.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RIVERVIEW MEDICAL CENTER | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 9 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $70.00 | $0.00 | $70.00 |
| 10 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $831.00 | $0.00 | $831.00 |
| 11 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $831.00 | $0.00 | $831.00 |

**Chapter 13 Case No. 19-10643 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $709.00 | $0.00 | $709.00 |
| 13 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $74.00 | $0.00 | $74.00 |
| 14 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $16.55 | $0.00 | $16.55 |
| 15 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $156.40 | $0.00 | $156.40 |
| 16 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $74.00 | $0.00 | $74.00 |
| 17 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $709.00 | $0.00 | $709.00 |
| 18 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,057.00 | $0.00 | $1,057.00 |
| 19 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $426.25 | $0.00 | $426.25 |
| 20 | Loancare, LLC<br>»» P/1827 SUMMERFIELD AVE/1ST MTG/DITECH | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 21 | NAVIENT SOLUTIONS, LLC<br>»» STUDENT LOAN | Unsecured Creditors | $5,729.45 | $0.00 | $5,729.45 |
| 22 | FIRST FINANCIAL FCU<br>»» 2011 MITSUBISHI OUTLANDER/ORD 8/7/19/CRAM | Debt Secured by Vehicle | $10,056.00 | $7,057.23 | $2,998.77 |
| 10022 | FIRST FINANCIAL FCU<br>»» 2011 MITSUBISHI OUTLANDER/CRAM BAL | Unsecured Creditors | $7,136.01 | $0.00 | $7,136.01 |
| 0 | Andrew Thomas Archer<br>»» ORDER 5/28/20 | Attorney Fees | $2,272.50 | $2,272.50 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ORDER 12/1/20 | Attorney Fees | $680.00 | $680.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,085.00 | Plan Balance: | $11,441.00 ** |
| Paid to Claims: | $13,569.73 | Current Monthly Payment: | $457.00 |
| Paid to Trustee: | $1,096.66 | Arrearages: | $914.00 |
| Funds on Hand: | $418.61 | Total Plan Base: | $26,526.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**