UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:     CASE NO.: 19-10643
    CHAPTER 13

**Patrice M. Huff,**
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LoanCare, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
   Authorized Agent for Secured Creditor
   130 Clinton Rd #202
   Fairfield, NJ 7004
   Telephone: 470-321-7112

   By: /s/Aleisha C. Jennings
      Aleisha C. Jennings
      Email: ajennings@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICE M. HUFF
1827 SUMMERFIELD AVE
NEPTUNE, NJ 07753

And via electronic mail to:

BRENNER SPILLER & ARCHER
125 ROUTE 73 NORTH
WEST BERLIN, NJ 08091

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr