UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-10643 MBK |
| Patrice M. Huff | Chapter: | 13 |
| Debtor | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____Patrice M. Huff_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, New Jersey 08650

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____October 26, 2022_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  1827 Summerfield Avenuu
Neptune, New Jersey 07753

Proposed Purchaser:  Francis Joseph Schock

Sale price:  $325,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Jon Day
Amount to be paid:  $9,900.00
Services rendered:  Listing realtor, realtor for sale of property

Name of Professional:  Dan C. Pelletier, Esquire
Amount to be paid:  $2,000.00
Services rendered:  Real estate closing attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew T. Archer, Esq.

Address: 125 Route 73 North, West Berlin, NJ 08091

Telephone No.: (856) 963-5000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-10643-MBK
Patrice M. Huff                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 3
Date Rcvd: Sep 27, 2022             Form ID: pdf905             Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrice M. Huff, 1827 Summerfield Ave, Neptune, NJ 07753-4547 |
| aty | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 201, Collingswood, NJ 08108-2818 |
| cr | + | DITECH FINANCIAL LLC, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| sp | + | Dan C. Pelletier, Esquire, The Sokol Firm, 25 Kings Highway East, Suite 220, Haddonfield, NJ 08033-2001 |
| lm | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| cr | + | First Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| r | + | Jon Day Open Door Real Estate, 34 Route 35 North, Neptune, NJ 07753-4743 |
| cr | + | LOANCARE, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518135524 | | Ditech Financial,LLC, POB 6154, Rapid City, SD 57709-6154 |
| 517986940 | + | University Radiology Group, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517986913 | | Email/Text: collectors@arresourcesinc.com | Sep 27 2022 20:27:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 517986914 | + | Email/Text: bnc-capio@quantum3group.com | Sep 27 2022 20:27:00 | Assetcare, Attn: Bankruptcy, 2222 Texoma Pkwy, Sherman, TX 75090-2484 |
| 517986915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 20:24:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518044968 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 20:24:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517986916 | + | Email/Text: ngisupport@radiusgs.com | Sep 27 2022 20:27:00 | Central Credit Services, LLC, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 517986917 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 27 2022 20:27:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986921 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 27 2022 20:27:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 517986924 | + | Email/Text: bkcy@creditmgt.com | Sep 27 2022 20:27:00 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf905 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517986925 | + | Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 20:24:23 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517986927 | + | Email/Text: EBN_Waco@Receivemorermp.com | Sep 27 2022 20:28:00 | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986931 | + | Email/Text: nculp@firstffcu.com | Sep 27 2022 20:28:00 | First Financial Federal Credit Union, Po Box 1172, Toms River, NJ 08754-1172 |
| 518407361 | | Email/Text: laura@redbanklaw.com | Sep 27 2022 20:27:00 | First Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518183532 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 27 2022 20:27:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 518183531 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 27 2022 20:27:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 518163170 | | Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 20:24:23 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518030342 | | Email/Text: perituspendrick@peritusservices.com | Sep 27 2022 20:27:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518030341 | | Email/Text: perituspendrick@peritusservices.com | Sep 27 2022 20:27:00 | Pendrick Capital Partners, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517986933 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 27 2022 20:27:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 517984477 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 20:27:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517986934 | | Email/Text: bankruptcy@rmscollects.com | Sep 27 2022 20:27:00 | Recmgmt Srvc, Attn: Bankruptcy, 4200 Cantera Drive, Suite 211, Warrenville, IL 60555 |
| 517986935 | + | Email/Text: clientservices@remexinc.com | Sep 27 2022 20:27:00 | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 517986937 | + | Email/Text: clientservices@simonsagency.com | Sep 27 2022 20:28:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517986918 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986919 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986920 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986922 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986923 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986926 | * | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |
| 517986928 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986929 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986930 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986932 | *+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 517986936 | *+ | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 517986938 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 517986939 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 517986941 | *+ | University Radiology Group, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 517963288 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |
| 517963289 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 14 Duplicate, 2 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf905 | Total Noticed: 35 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE LLC. ajennings@raslg.com |
| Andrew Thomas Archer | on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| Michael R. DuPont | on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE LLC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor LOANCARE LLC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10