UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)

Order Filed on October 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICE M. HUFF

| | |
|---|---|
| Case No.: | 19-10643 MBK |
| Hearing Date: | |
| Chapter: | 13 |
| Judge: | MBK |

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

Recommended Local Form:  ☒ Followed     ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____1827 Summerfield Avenue, Neptune_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Jon Day |
| Amount to be paid: | $9,900.00 |
| Services rendered: | Listing realtor, realtor for sale of property |
| Name of professional: | Dan C. Pelletier, Esquire |
| Amount to be paid: | $2,000.00 |
| Services rendered: | Real estate closing attorney |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

Other provisions:

9. Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order is not applicable.

10. The 14 day appeal period per Fed. R. Bankr. P. 8002 is hereby waived.

11. LoanCare, LLC shall be paid in full at closing pursuant to a statement generated through the date of tender.

12. The debtor shall file a modified plan to pay 50% to general unsecured creditors.

13. The sale is to close within 90 days of the date of this Order.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10643-MBK
Patrice M. Huff  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 18, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrice M. Huff, 1827 Summerfield Ave, Neptune, NJ 07753-4547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC. ajennings@raslg.com |
| Andrew Thomas Archer | on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | |

on behalf of Creditor LOANCARE LLC. hkaplan@rasnj.com, kimwilson@raslg.com

Laura M. Egerman
on behalf of Creditor LOANCARE LLC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Michael R. DuPont
on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com

Nicholas V. Rogers
on behalf of Creditor LOANCARE LLC. nj.bkecf@fedphe.com

Sindi Mncina
on behalf of Creditor LOANCARE LLC. smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11