Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−10643−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrice M. Huff
   1827 Summerfield Ave
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−0920

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 29, 2022.

Dated: November 29, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
                                                                              Case No. 19-10643-MBK

Patrice M. Huff                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                    Page 1 of 3

Date Rcvd: Nov 29, 2022                  Form ID: plncf13                        Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Patrice M. Huff, 1827 Summerfield Ave, Neptune, NJ 07753-4547 |
| aty | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 201, Collingswood, NJ 08108-2818 |
| cr | + | DITECH FINANCIAL LLC, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| sp | + | Dan C. Pelletier, Esquire, The Sokol Firm, 25 Kings Highway East, Suite 220, Haddonfield, NJ 08033-2001 |
| lm | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| cr | + | First Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| r | + | Jon Day Open Door Real Estate, 34 Route 35 North, Neptune, NJ 07753-4743 |
| cr | + | LOANCARE, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518135524 | | Ditech Financial,LLC, POB 6154, Rapid City, SD 57709-6154 |
| 517986940 | + | University Radiology Group, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517986913 | | Email/Text: collectors@arresourcesinc.com | Nov 29 2022 20:51:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 517986914 | + | Email/Text: bnc-capio@quantum3group.com | Nov 29 2022 20:51:00 | Assetcare, Attn: Bankruptcy, 2222 Texoma Pkwy, Sherman, TX 75090-2484 |
| 517986915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 20:49:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518044968 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2022 20:49:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517986916 | + | Email/Text: ngisupport@radiusgs.com | Nov 29 2022 20:50:00 | Central Credit Services, LLC, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 517986917 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 29 2022 20:50:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986921 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 29 2022 20:50:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 517986924 | + | Email/Text: bkcy@creditmgt.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Nov 29, 2022 | Form ID: plncf13 | Total Noticed: 35

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2022 20:51:00 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 517986925 | + | Email/PDF: pa_dc_ed@navient.com | | |
| | | | Nov 29 2022 20:49:57 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517986927 | + | Email/Text: EBN_Waco@Receivemorermp.com | | |
| | | | Nov 29 2022 20:51:00 | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986931 | + | Email/Text: nculp@firstffcu.com | | |
| | | | Nov 29 2022 20:51:00 | First Financial Federal Credit Union, Po Box 1172, Toms River, NJ 08754-1172 |
| 518407361 | | Email/Text: laura@redbanklaw.com | | |
| | | | Nov 29 2022 20:50:00 | First Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518183532 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 29 2022 20:51:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 518183531 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 29 2022 20:51:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 518163170 | | Email/PDF: pa_dc_ed@navient.com | | |
| | | | Nov 29 2022 20:50:10 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518030342 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | Nov 29 2022 20:50:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518030341 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | Nov 29 2022 20:50:00 | Pendrick Capital Partners, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517986933 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Nov 29 2022 20:50:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 517984477 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 29 2022 20:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517986934 | | Email/Text: bankruptcy@rmscollects.com | | |
| | | | Nov 29 2022 20:50:00 | Recmgmt Srvc, Attn: Bankruptcy, 4200 Cantera Drive, Suite 211, Warrenville, IL 60555 |
| 517986935 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Nov 29 2022 20:50:00 | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 517986937 | + | Email/Text: clientservices@simonsagency.com | | |
| | | | Nov 29 2022 20:51:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517986918 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986919 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986920 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986922 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986923 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 517986926 | * | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |
| 517986928 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986929 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986930 | *+ | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517986932 | *+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 517986936 | *+ | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 517986938 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 517986939 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 517986941 | *+ | University Radiology Group, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 517963288 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |
| 517963289 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Nov 29, 2022                       Form ID: plncf13                               Total Noticed: 35
TOTAL: 0 Undeliverable, 14 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE  LLC. ajennings@raslg.com |
| Andrew Thomas Archer | on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor LOANCARE  LLC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Michael R. DuPont | on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE  LLC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor LOANCARE  LLC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11