UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrice M. Huff,

Debtor(s).

Case No.: 19-10643

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____1195.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1195.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-10643-MBK

Patrice M. Huff                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Patrice M. Huff, 1827 Summerfield Ave, Neptune, NJ 07753-4547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LOANCARE LLC. ajennings@raslg.com |
| Andrew Thomas Archer | on behalf of Debtor Patrice M. Huff aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor LOANCARE  LLC. hkaplan@rasnj.com, kimwilson@raslg.com

Laura M. Egerman
    on behalf of Creditor LOANCARE  LLC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Michael R. DuPont
    on behalf of Creditor First Financial Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC. nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor LOANCARE  LLC. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11