| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| Albert Russo <br> PO Box 4853 <br> Trenton, NJ  08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |
| In re: <br><br> Patrice M. Huff <br><br><br> Debtor(s) |

Case No.: 19-10643 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 6/12/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  6/12/2023                                                                                              /s/  Kierstyn Buchanan

                                                                                                                             Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Patrice M. Huff<br>1827 Summerfield Ave<br>Neptune, NJ  07753 | Debtor(s) | Regular Mail |
| Andrew Thomas Archer<br>Brenner Spiller & Archer<br>125 Route 73 North<br>West Berlin, NJ  08091 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |