UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

  PATRICE M. HUFF

          Debtor

Case No.: _____19-10643 MBK_____

Chapter: _____13_____

Hearing Date: _____

Judge: Michael B. Kaplan

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: _____Trustee Certification of Default, Doc #122_____

_____

Date: ___6/13/23_____    /s/ Albert Russo
                                _____
                                Signature
                                Albert Russo
                                Standing Chapter 13 Trustee

*rev.8/1/15*